IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAIME A. MANSFIELD,

    Plaintiff,

v.

NATHAN LEIGH, and UNITED STATES POSTAL SERVICE,

    Defendants.

Civ. No. 6:19-cv-00254-MK

ORDER

MCSHANE, Judge:

Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 6), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Plaintiff did not file objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 6) is adopted. Defendants' Motion to Dismiss is GRANTED and their alternative Motion for Summary Judgment is DENIED.

IT IS SO ORDERED.

    DATED this 28th day of June, 2018.

                                 /s/ Michael J. McShane
                                    Michael McShane
                               United States District Judge